Decided December 7, 1897.
### TROTZKY v. INSURANCE COMPANY.

From Linn: GEO. H. BURNETT, Judge.

*Mr. J. K. Weatherford,* for appellant.

*Mr. O. H. Irvine,* for respondent.

MR. JUSTICE BEAN. The questions involved in this case are identical with those in the case of *Wicktorwitz* v. *Farmers' Insurance Company,* 31 Or. 569, and for the reasons given in the opinion in that case the judgment will be reversed and a new trial ordered.

                                        REVERSED.

MR. JUSTICE WOLVERTON, being interested in the result, took no part in this decision.